**JUDGE BRIEANT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 03450**

------------------------------------------------------------x
CANUS CONSTRUCTION, INC.

                Plaintiff,

    -against-

HOLT CONSTRUCTION CORP.,

                Defendants.

------------------------------------------------------------x

Civil Action No.

**COMPLAINT**
**JURY TRIAL DEMANDED**

Plaintiff Canus Construction, Inc. ("Canus"), by its undersigned attorneys, as and for its Complaint against Defendant Holt Construction Corp., alleges as follows:

**PARTIES**

1. Canus is a corporation formed and existing pursuant to the laws of Edmonton, Alberta, Canada with its principal place of business at 13030-146th Street, Edmonton, Alberta, Canada 5SL 2H7 and is duly qualified to do business in New York State.

2. Upon information and belief, defendant Holt Construction Corp. ("Holt") is a corporation formed under and existing pursuant to the law of the State of New York with its principal place of business at 50 E. Washington Avenue, Pearl River, New York 10965.



## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) as there is complete diversity of citizenship between the plaintiff and defendant and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(a) as Holt resides in this district.

## FACTS COMMON TO ALL CAUSES OF ACTION

5. On or about October 10, 2006, Holt, in its capacity as a general contractor, entered into a written contract with Canus, in its capacity as sub-contractor, for millwork to be fabricated by Canus for delivery and installation at the Yonkers Pier Restaurant located in Yonkers, New York for an agreed-upon price of $351,116.

6. Thereafter, Holt and Canus agreed to various change orders, or extras, which increased the sub-contract price by $56,732.22 to $407,848.22.

7. Between October 30, 2006 and May 7, 2007, Canus submitted the following invoices totaling $407,848.22 to Holt pursuant to the sub-contract:

| Date | Invoice No. | Invoice Amount |
| --- | --- | --- |
| 30 October 2006 | 2726 | $ 96,006.68 |
| 7 February 2007 | 2829 | $194,484.04 |
| 26 April 2007 | 2885 | $102,029.00 |
| 4 May 2007 | 2896 | $ 15,328.50 |

A copy of these invoices is annexed hereto as Exhibit 1.

8. Holt received and accepted the invoices identified in paragraph 7 without protest or objection.

9. Canus has fully complied with all of its fabrication, delivery and installation obligations under the sub-contract, as repeatedly acknowledged by Holt. Despite Canus' performance, to date it has only received payments totaling $290,500.68, leaving a balance due and owing to Canus of $117,347.54, no portion of which has been paid despite repeated demands.

## AS IN AND FOR A FIRST CAUSE OF ACTION
### (Account Stated)

10. Canus repeats and realleges the allegations contained in paragraphs 1 through 9 hereof with the same force and effect as is set forth at length herein.

11. Between October 30, 2006 and May 4, 2007 Canus rendered to Holt full and true accounts of the indebtedness owed by Holt by reason of the millwork services performed by Canus at the Yonkers Pier Restaurant Project in the aggregate sum of $407,848.22.

12. Holt accepted Canus' invoices referred to in paragraph 10 without protest or objection, but has only paid $290,500.68 against these invoices, leaving a balance due and owing to Canus of $117,347.54.

13. Holt is liable to Canus for an account stated in the amount of $117,347.54 with interest at the rate of 9% from the date of each uncontested invoice.

## AS IN AND FOR A SECOND OF ACTION
### (Breach of Contract)

14. Canus repeats and realleges the allegations contained in paragraphs 1 through 9 hereof with the same force and effect as is set forth at length herein.

15. Holt entered into an agreement with Canus pursuant to Holt agreed to pay Canus for millwork fabricated, delivered and installed pursuant to the sub-contract.

16. Canus discharged all its obligations under the sub-contract.

17. Holt breached its agreement with Canus by failing to pay plaintiff's invoices in full.

18. Canus has been damaged as a result of these breaches of the sub-contract in the sum of $117,347.54 together with interest at the rate of 9% from the date of each uncontested invoice.

## AS IN AND FOR A THIRD CAUSE OF ACTION
(Work, Labor and Services)

19. Canus repeats and realleges the allegations contained in paragraphs 1 through 9 hereof with the same force and effect as is set forth at length herein.

20. The reasonable and agreed-upon value of the work, labor and services rendered to and accepted and retained by Holt, as reflected on Canus' unpaid invoices, is $117,347.54.

21. By reason of the foregoing, Holt owes Canus $117,347.54 plus interest at the rate of 9% from the date of each uncontested invoice.

WHEREFORE, Canus demands judgment as follows:

(i) On its first cause of action, judgment against Holt in the amount of $117,347.54 plus interest from the date of each unpaid invoice;

(ii) On its second cause of action, judgment against Holt in the amount of $117,347.54 plus interest from the date of each unpaid invoice;

(iii) On its third cause of action, judgment against Holt in the amount of $117,347.54 plus interest from the date of each unpaid invoice;

(iv)   All together with such other and further relief as the Court deems proper.

Dated: New York, New York
       April 4, 2008

                                              SNOW BECKER KRAUSS P.C.

By *[signature]*
    Ronald S. Herzog (RH-4932)
*Attorneys for Plaintiff Canus Construction, Inc.*
605 Third Avenue
New York, New York 10158
(212) 687-3860

Case 7:08-cv-03450-CLB    Document 1    Filed 04/08/2008    Page 6 of 10

**CANUS** CONSTRUCTION INC.    

13030 - 146 STREET
EDMONTON, ALBERTA T5L 2H7
Phone: (780) 452-3905
Fax: (780) 452-5838
GST #: 12235-6702

| **SOLD TO:** | |
|---|---|
| Holt Construction | |
| 50 E. Washington Avenue | |
| Pearl River, NY 10965 | |
| | |
| Attention: Amanda Clappsy | |

INVOICE NUMBER 2726
INVOICE DATE October 30, 2006
PURCHASE ORDER NO. Our Quotation
TERMS Due Upon Receipt
JOB NUMBER 0668

**SHIPPED TO:**

Yonkers Pier Restaurant
Yonkers, NY

| ITEM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | **PROGRESS INVOICE I** | | |
| | Original Contract Value         $320,022.26 | | |
| | Deposit Required – 30%            $ 96,006.68 | | |
| | TOTAL VALUE THIS INVOICE    $ 96,006.68 | | $96,006.68 |
| | **ATTENTION: PLEASE FAX YOUR CERTIFICATE OF CAPITAL IMPROVEMENT IMMEDIATELY TO CAROLYN AT (780) 452-5838** | | |
| | | SUB-TOTAL | $96,006.68 |
| | | TAX RATE | Exempt |
| | | TAX | $0.00 |
| | | CURRENCY | U.S. FUNDS |
| | | | $96,006.68 |
| | | | TOTAL DUE |

**BANKING INFORMATION FOR WIRE TRANSFER:**

Bank: Bank of Montreal         Transit #:       00149
      10199 – 101 Street        Account Name:   Canus Construction Inc.
      Edmonton, Alberta         Account #:      4606-254
      Canada  T5J 3Y4           Swift #:        BOFMCAM2

# CANUS CONSTRUCTION INC.

**INVOICE**

13030 - 146 STREET
EDMONTON, ALBERTA T5L 2H7
Phone: (780) 452-3905
Fax: (780) 452-5838
GST #: 12235-6702

| SOLD TO: | |
|---|---|
| Holt Construction | |
| 50 E. Washington Avenue | |
| Pearl River, NY 10965 | |
| | |
| Attention: Amanda Clappsy | |

INVOICE NUMBER 2829
INVOICE DATE February 7, 2007
PURCHASE ORDER NO. Our Quotation
TERMS Due Upon Receipt
JOB NUMBER 0668

**SHIPPED TO:**

Yonkers Pier Restaurant
Yonkers, NY

| ITEM | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| | **PROGRESS INVOICE II** | | | |
| | Original Contract Value | $351,116.00 | | |
| | Completed to Date – 75% | $263,337.00 | | |
| | Add Change Orders to Date | $ 27,153.72 | | |
| | Less Progress Invoice I | ( 96,006.68) | | |
| | **TOTAL VALUE THIS INVOICE** | $194,484.04 | | $194,484.04 |
| | | SUB-TOTAL | | $194,484.04 |
| | | TAX RATE | | Exempt |
| | | TAX | | $0.00 |
| | | CURRENCY | | U.S. FUNDS |
| | | | | $194,484.04 |
| | | | | **TOTAL DUE** |

**BANKING INFORMATION FOR WIRE TRANSFER:**

Bank: Bank of Montreal
10199 – 101 Street
Edmonton, Alberta
Canada T5J 3Y4

Transit #: 00149
Account Name: Canus Construction Inc.
Account #: 4606-254
Swift #: BOFMCAM2

# CANUS CONSTRUCTION INC.

13030 - 146 STREET
EDMONTON, ALBERTA T5L 2H7
Phone: (780) 452-3905
Fax: (780) 452-5838
GST #:  12235-6702



**SOLD TO:**
Holt Construction
50 E. Washington Avenue
Pearl River, NY   10965

Attention:   Amanda Clappsy

INVOICE NUMBER 2885
INVOICE DATE April 26, 2007
PURCHASE ORDER N0. Our Quotation
TERMS Due Upon Receipt
JOB NUMBER 0668

**SHIPPED TO:**

Yonkers Pier Restaurant
Yonkers, NY

| ITEM | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| | **PROGRESS INVOICE IIII** | | | |
| | Original Contract Value | $351,116.00 | | |
| | Add Change Orders to Date | 41,403.72 | | |
| | TOTAL REVISED CONTRACT VALUE TO DATE | $392,519.72 | | |
| | Completed to Date – 100% | $392,519.72 | | |
| | Less Progress Invoices I and II | (290,490.72) | | |
| | **TOTAL VALUE THIS INVOICE** | $102,029.00 | | $102,029.00 |
| | | SUB-TOTAL | | $102,029.00 |
| | | TAX RATE | | Exempt |
| | | TAX | | $0.00 |
| | | CURRENCY | | U.S. FUNDS |
| | | | | $102,029.00 |
| | | | | TOTAL DUE |

**BANKING INFORMATION FOR WIRE TRANSFER:**

| Bank: | Bank of Montreal | Transit #: | 00149 |
|---|---|---|---|
| | 10199 – 101 Street | Account Name: | Canus Construction Inc. |
| | Edmonton, Alberta | Account #: | 4606-254 |
| | Canada  T5J 3Y4 | Swift #: | BOFMCAM2 |

# CANUS CONSTRUCTION INC.



13030 - 146 STREET
EDMONTON, ALBERTA T5L 2H7
Phone: (780) 452-3905
Fax: (780) 452-5838
GST #: 12235-6702

**SOLD TO:**
Holt Construction
50 E. Washington Avenue
Pearl River, NY 10965

Attention: Amanda Clappsy

**INVOICE NUMBER** 2896
**INVOICE DATE** May 4, 2007
**PURCHASE ORDER NO.** Our Quotation
**TERMS** Due Upon Receipt
**JOB NUMBER** 0668

**SHIPPED TO:**
Yonkers Pier Restaurant
Yonkers, NY

| ITEM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | **CHANGE ORDERS**<br>12,18,19,20,21,22,23,24,25,26,27,28 and 29 | $15,328.50 | $15,328.50 |
| | SUB-TOTAL | | $15,328.50 |
| | TAX RATE | | Exempt |
| | TAX | | $0.00 |
| | CURRENCY | | U.S. FUNDS |
| | TOTAL DUE | | |

**BANKING INFORMATION FOR WIRE TRANSFER:**

| Bank: | Bank of Montreal | Transit #: | 00149 |
|---|---|---|---|
| | 10199 – 101 Street | Account Name: | Canus Construction Inc. |
| | Edmonton, Alberta | Account #: | 4606-254 |
| | Canada T5J 3Y4 | Swift #: | BOFMCAM2 |