UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 03450

CANUS CONSTRUCTION, INC., Plaintiff,

-v-

HOLT CONSTRUCTION CORP., Defendant.

Case No. _____

**Rule 7.1 Statement**

FILED U.S. DISTRICT COURT
2008 APR -8 PM 31
S.D. OF N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Canus Construction, Inc.       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: April 4, 2008

Signature of Attorney

Attorney Bar Code: RH-4932

Form Rule7_1.pdf  SDNY Web 10/2007