UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CANUS CONSTRUCTION, INC.,                    :
                                             :
                            Plaintiff,       :   Civil Action No. 08 CV 03450 (CLB) (GAY)
                                             :
            -against-                        :
                                             :   **STIPULATION OF**
HOLT CONSTRUCTION CORP.,                     :   **DISCONTINUANCE**
                                             :
                            Defendant.       :
-------------------------------------------------------------X

IT IS HEREBY STIPULATED and agreed, by and between the undersigned counsel, that

this matter be discontinued with prejudice and without costs to either party.

IT IS FURTHER STIPULATED and agreed that this matter may be reopened by the plaintiff

if the parties' settlement is not completed within thirty (30) days.

Dated: New York, New York
       May 29, 2008

                                        SNOW BECKER KRAUSS P.C.


                                        By _Ronald A. Herzog_
                                           Ronald S. Herzog (RH-4932)
                                        *Attorneys for Plaintiff Canus Construction, Inc.*
                                        605 Third Avenue
                                        New York, New York 10158
                                        (212) 687-3860

                                        JASON & SWIFT, L.P.


                                        By
                                           Jay J. Jason (JJ- 1894)
                                        *Attorneys for Defendant Holt Construction Corp.*
                                        100 Red Schoolhouse Road
                                        Chestnut Ridge, New York 10977-7055
                                        (845) 426-7799

SO ORDERED: June 3, 2008

_Charles Brieant_
U.S.D.J.